UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MID... LA

2007 NOV 21  A 10: 19

JAMES JOHNSON

VERSUS

JE MERIT CONSTRUCTORS, INC.

CIVIL ACTION

NO. 05-908-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 26, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendant JE Merit Constructors, Inc. will be granted.

Baton Rouge, Louisiana, November 20, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA